UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOO DUK KIM,<br><br>          Petitioner,<br><br>        v.<br><br>SHAWN HATTON, WARDEN,<br><br>          Respondent. | CASE NO. CV 16-5071-PJW<br><br>J U D G M E N T |

Pursuant to the Memorandum Opinion and Order filed herewith,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: January 4, 2018.

*[signature: Patrick J. Walsh]*

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-State Habeas\KIM, S 5071\Judgment.wpd